and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–5164 (A–27). SAVINO v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JULY 18, 1996

No. 96–5252 (A–46). IN RE KORNAHRENS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari dismissed. Application for other relief denied.

JULY 31, 1996

No. A–945 (95–2022). THIRY ET AL. v. CARLSON, SECRETARY OF TRANSPORTATION OF KANSAS, ET AL. C. A. 10th Cir. Application for stay, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. A–987. WEINSTEIN ET AL. v. NEW JERSEY REPUBLICAN PARTY ET AL. Application for injunctive relief, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. 96–5408 (A–75). IN RE NAVE. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

AUGUST 1, 1996

No. A–50 (O. T. 1996). TRUESDALE v. SOUTH CAROLINA. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 95–1694. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. v. DOE. C. A. 9th Cir. [Certiorari granted, ante, p. 1004.]